**MUCHMORE v. TRASK**

[363 N.C. 742 (2009)]

MARCIA ALYCE MUCHMORE v. TALLMAN H. TRASK

No. 479PA08

(Filed 11 December 2009)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 192 N.C. App. 635, 666 S.E.2d 667 (2008), affirming in part and reversing in part an order of summary judgment entered 29 December 2006 by Judge Donna Stroud and affirming an order and judgment entered 8 March 2007 by Judge Jane P. Gray, both in District Court, Wake County. Heard in the Supreme Court 17 November 2009.

*Wyrick Robbins Yates & Ponton LLP, by K. Edward Greene and Tobias S. Hampson, for plaintiff-appellant.*

*Manning, Fulton & Skinner, P.A., by Michael S. Harrell, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.